XAVIER BECERRA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General
CAITLIN C. ROSS
Deputy Attorney General
State Bar No. 271651
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3615
  Facsimile: (415) 703-5480
  E-mail: Caitlin.Ross@doj.ca.gov
*Attorneys for Defendants Tootell and Garrigan*

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOE ABBOTT, <br><br> Plaintiff, <br><br> v. <br><br> E. TOOTELL, et al., <br><br> Defendants. | Case No. 3:17-cv-04004-SI <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** <br> (Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

    Connie Abbott, who has filed a notice of substitution as plaintiff for the deceased-inmate former plaintiff Joe Abbott, and Defendants E. Tootell and S. Garrigan, have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under

///
///
///
///
///
///

1

Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: 9/21/18

*Connie Abbott*
CONNIE ABBOTT
Plaintiff

Dated: 9-21-18

Caitlin C. Ross
Deputy Attorney General
California Attorney General's Office
    Attorneys for Defendants E. Tootell and S. Garrigan

SF2018401074
42049810.docx

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (Case No. 3:17-cv-04004-SI)

# CERTIFICATE OF SERVICE

Case Name:  *Abbott, Joe v. E. Tootell, et al.*     No.  3:17-cv-04004-SI

I hereby certify that on September 26, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**
**(Fed. R. Civ. P. 41(a)(1)(A)(ii))**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On September 26, 2018, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Connie Abbott**
**1114 E. Ada Avenue**
**Glendora, CA 91741**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 26, 2018, at San Francisco, California.

| E. Tornqvist | */s/ E. Tornqvist* |
|---|---|
| Declarant | Signature |

SF2018401074
42054525.docx